# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

FRANCIS GAON,

      Petitioner,

vs.

SHERIFF JOSEPH LOMBARDO, et al.,

      Respondents.

Case No. 2:15-cv-02009-APG-VCF

**ORDER**

Petitioner has filed a pre-trial petition for writ of habeas corpus and a request for a stay of state-court proceedings (#1).  The court will serve the petition and request upon respondents for a response.

IT IS THEREFORE ORDERED that the clerk shall serve upon respondents a copy of the petition and request (#1), the supplement (#4), and this order by mailing them to the Clark County District Attorney, 200 Lewis Avenue, Las Vegas, NV 89101.

IT IS FURTHER ORDERED that respondents shall have forty-five (45) days from the date on which the petition was served to answer or otherwise respond to the petition and request (#1). Respondents shall raise all potential affirmative defenses in the initial responsive pleading. Successive motions to dismiss will not be entertained.  If respondents file and serve an answer, then petitioner shall have forty-five (45) days from the date on which the answer is served to file a reply. If respondents file a motion, then the briefing schedule of Local Rule LR 7-2 shall apply.

///

///

1        IT IS FURTHER ORDERED that any exhibits filed by the parties shall be filed with a

2   separate index of exhibits identifying the exhibits by number or letter.  The CM/ECF attachments

3   that are filed further shall be identified by the number or numbers (or letter or letters) of the exhibits

4   in the attachment.  The hard copy of any additional state court record exhibits shall be

5   forwarded—for this case—to the staff attorneys in Las Vegas.

6        DATED: 11/12/15

7

8                                     ANDREW P. GORDON

9                                     United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-